Furman, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 25, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

  -against-

DMITRY DRUZHINSKY,

                Defendant.
------------------------------------------------------X

Case No.: 13-CR-268 (JMF)

**CONSENT TO CHANGE COUNSEL**

To the Clerk of this Court and all parties of record:

    Please take notice that the Defendant DMITRY DRUZHINSKY ("Defendant") hereby notices the Court, and counsel for the Government, that Defendant has discharged JEREMY SCHNEIDER, ESQ., as counsel, and retained EDWARD V. SAPONE, ESQ., as counsel, subject to the Court's approval.

Dated: New York, New York
      April 24, 2013

                                      DMITRY DRUZHINSKY

Dated: New York, New York
      April 23, 2013

                                      JEREMY SCHNEIDER

Dated: New York, New York
      April 24, 2013

                                      EDWARD V. SAPONE

**SO ORDERED:**

_____
            U.S.D.J.

April 25, 2013