USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2013

# EDWARD V. SAPONE, LLC

LAW FIRM
40 Fulton Street, 23rd Floor
New York, New York 10038
—
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: edward@saponelaw.com

*BY EMAIL*

July 10, 2013

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States of America v. Dmitry Druzhinsky*
              <u>Ind. No.: 13-CR-268 (JMF)</u>

Dear Judge Furman:

    I am retained counsel to Defendant Dmitry Druzhinsky in the above-referenced case. I write to request that Mr. Druzhinsky's bail conditions be modified to allow him to attend a birthday outing with his son Dennis Druzhinsky, on July 12, 2013, from 4pm to 9am at Raritan Center, 97 Sunfield Avenue, Edison, New Jersey 07735, (212) 957-4400.

    The Government, by A.U.S.A. Harris Fischman, and Pretrial Services, by Officer Jeffrey Steimel consent to this request.

    As always, Your Honor's consideration is much appreciated.

                                       Respectfully submitted,

                                       /S/ *Edward V. Sapone*
                                       Edward V. Sapone

Cc:    AUSA Harris Fischman
        PSO Jeffrey Steimel

Application GRANTED.

SO ORDERED.

/s/ Jesse M. Furman
United States District Judge

July 11, 2013