```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2013
```

# EDWARD V. SAPONE, LLC

LAW FIRM
40 Fulton Street, 23rd Floor
New York, New York 10038
—
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: edward@saponelaw.com

*BY EMAIL*

July 9, 2013

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States of America v. Dmitry Druzhinsky*
             <u>Ind. No.: 13-CR-268 (JMF)</u>

Dear Judge Furman:

    I am retained counsel to Defendant Dmitry Druzhinsky in the above-referenced case. I write to request that Mr. Druzhinsky's bail conditions be modified to allow him to attend the wedding of Erica Kvitko, a close family friend, on July 21, 2013, from 7pm to 3am at ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) Aberdeen, New Jersey 07735, ▓▓▓▓▓▓▓▓▓▓.

    The Government, by A.U.S.A. Harris Fischman, and Pretrial Services, by Officer Jeffrey Steimel consent to this request.

    As always, Your Honor's consideration is much appreciated.

                                         Respectfully submitted,

                                         <u>/S/ *Edward V. Sapone*</u>
                                         Edward V. Sapone

Cc:   AUSA Harris Fischman
       PSO Jeffrey Steimel

Application GRANTED.

SO ORDERED.

*[signature]*

Jesse M. Furman
United States District Judge

July 11, 2013